**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTOPHER LEE SIRMONS,** | : | |
| **Petitioner,** | : | |
| | : | **No. 1:17-CV-01776** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **PA ATTORNEY GENERAL,** | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, this 8th day of December 2017, in accordance with the accompanying

Memorandum, **IT IS ORDERED THAT**:

1.  Petitioner Christopher Lee Sirmons' motion to proceed in forma pauperis (Doc. No. 2), is **GRANTED**;

2.  The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DISMISSED without prejudice**; and

3.  The Clerk of Court is directed to **CLOSE** this case.


s/Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania